McMILLEN *v.* SMITH.

APPEAL from the *Howard* Common Pleas.

ELLIOTT, J.—The same question is presented in this case, on demurrer to the complaint, as in the case of *McMillen* v. *Terrell* at this term; and on the authority of that

case the judgment in this case is reversed, and the cause remanded to the Circuit Court, with directions to sustain the demurrer to the complaint. Costs here.

*Thomas A. Hendricks, Oscar B. Hord,* and *N. R. Lindsay,* for appellant.

